UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
CHUN PETER DONG,

                           Plaintiff,       16-CV-5836 (NGG) (JO)

    - against -

CHAIM MILLER a/k/a HARRY MILLER, SAM      **STIPULATION OF**
SPREI a/k/a YECHIAL SHIMON SPREI, 3052 BRIGHTON    **SETTLEMENT**
FIRST LLC, 3052 BRIGHTON FIRST LOFT, LLC, 3052
BRIGHTON MB LLC, 3112 EMMONS LOFTS LLC, 203-
205 NORTH 8TH STREET LOFT LLC, 203-205 N8 MB
LLC, 271 SEA BREEZE AVENUE LLC, 261 LOFTS
MANAGER LLC, BESAD 5TH LLC, 97 GRAND
AVENUE MEMBER LLC, 97 GRAND MB LLC, 11-45
RYERSON HOLDINGS, LLC, 11-45 RYERSON MB, LLC,
OLDEN EQUITIES LLC and JOHN DOE Nos. 1-10, being
individuals and entities who hold property belonging to
Defendants Chaim Miller and Sam Sprei, whose identities
are presently unknown to Plaintiffs,

                           Defendants.
---------------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff CHUN PETER DONG ("Plaintiff") and Defendants CHAIM MILLER a/k/a HARRY MILLER; SAM SPREI a/k/a YECHIAL SHIMON SPREI, and 3112 EMMONS LOFTS LLC, as follows:

       WHEREAS, the Plaintiff and Defendants Chaim Miller, Sam Sprei and 3112 Emmons Lofts LLC (the "Parties" herein) have entered into a Settlement Agreement as of the date hereof, a true copy of which is attached hereto (the "Settlement Agreement");

       WHEREAS, such Parties have requested that the Court retain continuous jurisdiction regarding the enforcement of and compliance with the Settlement Agreement.

       NOW, THEREFORE, it is hereby stipulated and agreed as follows:

       1.     The Parties hereby confirm and ratify the Settlement Agreement.

584265

2. The Court shall retain continuing jurisdiction in order to enforce the terms of the Settlement Agreement.

Dated: New York, New York
November 3, 2021

_____
Chun Peter Dong

_____
Chaim Miller a/k/a Harry Miller

Silverman Shin & Byrne PLLC

By: _____
Peter R. Silverman
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, 22nd Floor
New York, NY 10005
Tel.: 212-779-8600
E-mail: psilver@silverfirm.com

Goldberg Weprin Finkel Goldstein LLP

By: _____
Kevin Nash
Attorneys for Defendant
3112 Emmons Ave LLC
1501 Broadway
New York, New York 10036
Telephone No.: 212-301-6944
Email: knash@gwfglaw.com

_____
Sam Sprei a/k/a Yechial Shimon Sprei

3112 Emmons Lofts LLC

By:_____
Name: Nathan Weinberger
Title: Manager

Rosenberg, Musso & Weiner

By: _____
Bruce Weiner
Attorney for Defendant Chaim Miller
26 Court Street, Suite #2211
Brooklyn, New York 11242
Telephone No.: 718-855-6840
Email: bweiner@nybankruptcy.net

So Ordered:

_____
U.S.D.J.

384265

2 ~|

2. The Court shall retain continuing jurisdiction in order to enforce the terms of the Settlement Agreement.

Dated: New York, New York
November 3, 2021

_____     _____
Chun Peter Dong                              Sam Sprei a/k/a Yechial Shimon Sprei
_____
Chaim Miller a/k/a Harry Miller

3112 Emmons Lofts LLC

By:_____
Name: Nathan Weinberger
Title: Manager

Silverman Shin & Byrne PLLC

By:_____
Peter R. Silverman
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street, 22nd Floor
New York, NY 10005
Tel.: 212-779-8600
E-mail: psilver@silverfirm.com

Goldberg Weprin Finkel Goldstein LLP

By:_____
Kevin Nash
Attorneys for Defendant
3112 Emmons Ave LLC
1501 Broadway
New York, New York 10036
Telephone No.: 212-301-6944
Email: knash@gwfglaw.com

Rosenberg, Musso & Weiner

By:_____
Bruce Weiner
Attorney for Defendant Chaim Miller
26 Court Street, Suite #2211
Brooklyn, New York 11242
Telephone No.: 718-855-6840
Email: bweiner@nybankruptcy.net

So Ordered:

_____
U.S.D.J.

584265                                    2 – 2

2. The Court shall retain continuing jurisdiction in order to enforce the terms of the Settlement Agreement.

Dated: New York, New York
November 3, 2021

_____
Chun Peter Dong

_____
Chaim Miller a/k/a Harry Miller

Silverman Shin & Byrne PLLC

By:_____
 Peter R. Silverman
 Attorneys for Plaintiff
 Wall Street Plaza
 88 Pine Street, 22nd Floor
 New York, NY 10005
 Tel.: 212-779-8600
 E-mail: psilver@silverfirm.com

Goldberg Weprin Finkel Goldstein LLP

By:_____
 Kevin Nash
Attorneys for Defendant
3112 Emmons Ave LLC
1501 Broadway
New York, New York 10036
Telephone No.: 212-301-6944
Email: knash@gwfglaw.com

_____
Sam Sprei a/k/a Yechial Shimon Sprei

3112 Emmons Lofts LLC

By: _____
Name: Nathan Weinberger
Title: Manager

Rosenberg, Musso & Weiner

By: _____
 Bruce Weiner
Attorney for Defendant Chaim Miller
26 Court Street, Suite #2211
Brooklyn, New York 11242
Telephone No.: 718-855-6840
Email: bweiner@nybankruptcy.net

So Ordered:

_____
U.S.D.J.

584265                          2-3

2. The Court shall retain continuing jurisdiction in order to enforce the terms of the Settlement Agreement.

Dated: New York, New York
November 3, 2021

_____
Chun Peter Dong

_____
Chaim Miller a/k/a Harry Miller

Silverman Shin & Byrne PLLC

By:_____
    Peter R. Silverman
    Attorneys for Plaintiff
    Wall Street Plaza
    88 Pine Street, 22nd Floor
    New York, NY 10005
    Tel.: 212-779-8600
    E-mail: psilver@silverfirm.com

Goldberg Weprin Finkel Goldstein LLP

By:_____
    Kevin Nash
    Attorneys for Defendant
    3112 Emmons Ave LLC
    1501 Broadway
    New York, New York 10036
    Telephone No.: 212-301-6944
    Email: knash@gwfglaw.com

_____
Sam Sprei a/k/a Yechial Shimon Sprei

3112 Emmons Lofts LLC

By:_____
Name: Nathan Weinberger
Title: Manager

Rosenberg, Musso & Weiner

By: /s/ Bruce Weiner
    Bruce Weiner
    Attorney for Defendant Chaim Miller
    26 Court Street, Suite #2211
    Brooklyn, New York 11242
    Telephone No.: 718-855-6840
    Email: bweiner@nybankruptcy.net

So Ordered:

_____
U.S.D.J.

584265                                    2 - 4

2. The Court shall retain continuing jurisdiction in order to enforce the terms of the Settlement Agreement.

Dated: New York, New York
November 3, 2021

_____
Chun Peter Dong

_____
Chaim Miller a/k/a Harry Miller

Silverman Shin & Byrne PLLC

By:_____
   Peter R. Silverman
   Attorneys for Plaintiff
   Wall Street Plaza
   88 Pine Street, 22nd Floor
   New York, NY 10005
   Tel.: 212-779-8600
   E-mail: psilver@silverfirm.com

Goldberg Weprin Finkel Goldstein LLP

By:_____
   Kevin Nash
Attorneys for Defendant
3112 Emmons Ave LLC
1501 Broadway
New York, New York 10036
Telephone No.: 212-301-6944
Email: knash@gwfglaw.com

_____
Sam Sprei a/k/a Yechial Shimon Sprei

3112 Emmons Lofts LLC

By:_____
Name: Nathan Weinberger
Title: Manager

AIDALA, BERTUNA + KAMINS PC
BY _____
   HON. JOHN M. LEVENTHAL (RET.)
ATTORNEYS FOR DEFENDANT SAM SPREI
546 FIFTH AVE
NEW YORK, NY 10036
TEL. NO. (212) 486-0011
EMAIL: JUDGELEVENTHAL@AIDALALAW.COM

Rosenberg, Musso & Weiner

By:_____
   Bruce Weiner
Attorney for Defendant Chaim Miller
26 Court Street, Suite #2211
Brooklyn, New York 11242
Telephone No.: 718-855-6840
Email: bweiner@nybankruptcy.net

So Ordered:

s/Nicholas G. Garaufis
_____
U.S.D.J.   11-9-21